HLD-009                                                                                     **NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 19-2833
_____

In re:  DANIEL PATRICK SHEEHAN,
Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the Middle District of Pennsylvania
(Related to M.D. Pa. Civ. No. 1-18-cv-01748)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
September 12, 2019
Before:  SMITH, Chief Judge, AMBRO and ROTH, Circuit Judges

(Opinion filed: October 30, 2019)
_____

OPINION*
_____

PER CURIAM

Daniel Patrick Sheehan was convicted of extortion and using a "destructive

device" to commit extortion, in violation of 18 U.S.C. §§ 1951 and 924(c)(1)(B)(ii).

After unsuccessful challenges to his convictions on direct appeal and in proceedings

under 28 U.S.C. § 2255, Sheehan filed a habeas petition under 28 U.S.C. § 2241 in the

District Court.  Now, seeking an order from this Court compelling the District Court to

_____
* This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not
constitute binding precedent.

adjudicate his § 2241 petition, Sheehan has filed a petition for a writ of mandamus. The

subject § 2241 petition, however, has since been dismissed by the District Court. See

ECF 25-26. Sheehan's mandamus petition is thus moot and will be dismissed. See

Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 699-700 (3d Cr. 1996).